UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SALAS RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Respondents. | No. 2:15-cv-0583 AC P<br><br><br>ORDER |

On March 13, 2015, this court filed a copy of a January 29, 2015 letter written and sent by Mr. Ramirez, a 73-year-old state prisoner at the California Medical Facility, which was addressed to Justice Elwood Lui, the Compliance Officer appointed by the Three-Judge Court in the class actions Coleman v. Brown, Case No. 2:90-cv-00520 KJM DAD P, and Plata v. Brown, Case No. C01-1351 TEH.  The letter states that Mr. Ramirez was denied parole on January 7, 2015, after appearing at an early suitability hearing under the state's new elderly parole program.  No other matters were submitted by Mr. Ramirez.  Review of the letter demonstrates that Mr. Ramirez sought to be informational – he states, "I write this letter not to complain but just to let you know that the Board is not complying with the Court's ruling."  The court finds that this matter was intended not to commence a habeas corpus action in this court, but for review by Justice Lui.

////

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to send

2 Justice Lui a copy of Mr. Ramirez' letter, together with a copy of this order, and to close this case

3 without prejudice. The Clerk of Court shall contact the staff attorney assigned to this case to

4 obtain Justice Lui's mailing address.

5 DATED: March 31, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE